-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

05 DEC 27 AM 11:58

_____

JERMAINE WRIGHT, 94A7838,

        Plaintiff,

        -v-

**DECISION AND ORDER**
05-CV-6723L(Fe)

SUPERINTENDENT JAMES CONWAY;
LT. DIXON; SERGEANT K. BERBARY;
CORRECTIONAL OFFICER JOHN DOE(1);
CORRECTIONS OFFICER JOHN DOE(2);
CORRECTIONS OFFICER DONALD HUNTER;
CORRECTIONS OFFICERS SHAWN MCINTYRE;
CORRECTIONS OFFICER JOHN JONES;
MEDICAL DOCTOR LASKOWSKI;
ADMINISTRATOR B. FRISBY;
REGISTERED P.A. R. MAGEE;
REGISTERED NURSE DAVID E. NICOSIA;
MEDICAL DOCTOR J. ALVES;
NURSE'S PHYSICIAN J. NORTHUP;
SUPERINTENDENT MICHAEL MCGINNIS;
ACTING SUPERINTENDANT L. MCNAMARA;
COMMISSIONER'S HEARING OFFICER ESCROW;
SERGEANT LATERAL, DIRECTOR OF SPECIAL
HOUSING/INMATE DISCIPLINARY PROGRAM;
DONALD SELSKY, ACTING DIRECTOR OF SPECIAL
HOUSING/INMATE DISCIPLINARY PROGRAM;
KEITH F. DUBRAY; and SERGEANT B. HERRICK

        Defendants.
_____

       Plaintiff, who is incarcerated in the Auburn Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed

Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated:     Dec. 27, 2005